**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2341**

———————

In re:  STEPHEN CHARLES SIEBER,

              Debtor.

- - - - - - - - - - - - -

STEPHEN CHARLES SIEBER,

              Plaintiff - Appellant,

        v.

CHERYL E. ROSE,

              Trustee – Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:10-
cv-02470-RWT; BK-07-21192; AP-10-00421)

———————

Submitted:  May 26, 2011              Decided:  May 31, 2011

———————

Before KING, SHEDD, and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Stephen Charles Sieber, Appellant Pro Se.  James Martin Hoffman,
OFFIT KURMAN, PA, Bethesda, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Charles Sieber seeks to appeal the district court's order denying him permission to file documents in his bankruptcy appeal under the electronic filing system. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Sieber seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED